STATE OF NEW JERSEY v. JAMES E. JOYNER.

June 26, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS QUERINDONGO.

June 26, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH WILLIAMS.

June 26, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY YON.

June 26, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LUTHER F. ALSTON.

June 26, 1987.

Petition for certification denied.